UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
Janine Arslanian,

    Plaintiff,

-against-

Starbucks Coffee Company,

    Defendant.
-----------------------------------X

**ORDER**

03-CV-6254 (DLI)

**DORA L. IRIZARRY, U.S. District Judge:**

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that jury selection and trial, previously scheduled for September 6, 2005 and September 12, 2005, respectively, are hereby adjourned *sine die*. It is further

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within sixty days of the date of this Order.

DATED:  Brooklyn, New York
     July 19, 2005

            DORA L. IRIZARRY
            United States District Judge